No. 523. COMMISSIONER OF INTERNAL REVENUE v. J. ROGERS FLANNERY & Co.;

No. 524. SAME v. FLANNERY BOLT Co.; and

No. 525. SAME v. VANADIUM METALS Co. December 1, 1930. Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Solicitor Gen-*

*eral Thacher* for petitioner. *Messrs. Kenneth N. Parkinson* and *David A. Pine* for respondents. Reported below: 42 F. (2d) 11.